FILED 4 SEP '24 10:14 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

_Portland_ DIVISION

Joel Dallas Rascoe
_(Enter full name of plaintiff)_

Plaintiff,

v.

Multnomah Inverness County Jail, Nicole morrisey odonell Sheriff
_(Enter full name of ALL defendant(s))_

Defendant(s).

Civil Case No. 3:24-cv-01476-AA
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes    ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 2**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 3**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

_____
_____
_____

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

After this Jail refused to give me my heart medication and blood pressure medcation. I was hospitilized after my blood pressure shot up and ~~during The~~ would not go down

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

During Corona I was refused Medical treatment and could testify

After

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

After being booked I was refused any medication for alcohol withdrawl and suffered multiple siezers

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes          ☐ No

## V. RELIEF

State *briefly* exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.

Grant Compensatory damage Amount 10,000,410.00 To Plantiff by Multnomah County Jail and Sherif Nicole Morrisey odonell. And outside group to evalute and Inspect institutions grievences and conduct of Jail and Medical staff

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of August, 2024.

_____
(Signature of Plaintiff)

Joel Roscoe # 607043
MCIJ
11540 NE Inverness Dr
Portland OR 97220

United States District Court
Portland Division office
~~Joel Roscoe~~
Mark O Hatfield US Court
~~10-75~~ 1000 SW Third ave. Suite 740
Portland, Oregon 97204-2902

FIRST CLASS
US POSTAGE PITNEY BOWES
ZIP 97230
02 7H
0006121596
$ 000.97⁰
AUG 30 2024